■ GENEVA GENERAL HOSPITAL NURSING HOME COMPANY, INC., Appellant-Respondent, v DAVID AXELROD, as Commissioner of the Department of Health of the State of New York, et al., Respondents-Appellants. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: Special Term granted defendant's motion to dismiss the complaint except as to "allegations of unconstitutionality of

regulations". This was error. The complaint contains no allegations raising constitutional issues. The action, characterized by plaintiff as one seeking declaratory judgment, is actually one to review a determination of an administrative body. The vehicle for such review is a proceeding instituted pursuant to CPLR article 78 which in the instant case is barred by the Statute of Limitations (see *Solnick v Whalen,* 49 NY2d 224, 229-231). (Appeals from order of Supreme Court, Ontario County, Provenzano, J. — declaratory judgment-summary judgment.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Moule, JJ.